In the Matter of the Arbitration between CHARLES R. WAINWRIGHT, Respondent, and GLOBE INDEMNITY COMPANY, Appellant.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.